Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos.com

Attorneys for:
Anuar Castaneda

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANUAR CASTANEDA,<br>          Defendant. | CASE NO. 2:22-CR-00250 DC<br><br>STIPULATION AND ORDER RESETTING J&S TO FEBRUARY 6, 2026, AT 9:00 A.M. |

**STIPULATION**

1.   It is hereby stipulated by and between Assistant United States Attorney Jason Hitt Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ANUAR CASTANEDA, that the current date scheduled for December 19, 2025, be vacated and the matter be continued to this Court's criminal calendar on February 6, 2026, at 9:00 a.m. for judgment and sentencing. Probation has been notified and they have not objection to the schedule. Additional investigation is needed related to sentencing. The briefing schedule will be amended as follows:

2.   Judgment and Sentencing Date:          February 6, 2026

3.   Reply, or Statement of Non-Opposition:   January 30, 2026

4.   Formal Objections:                      January 23, 2026

5.    Motion for Correction                  January 15, 2026

6.   Informal Objections                     January 8, 2026

IT IS SO STIPULATED.

Stip. & Order Continuing J&S                         1

1  Dated: November 18, 2025						ERIC GRANT
								United States Attorney
2

3									 /s/ Jason Hitt
								JASON HITT
4								Assistant United States Attorney

5
   Dated: November 18, 2025						 /s/   Dina L. Santos
6								DINA SANTOS, ESQ.
								Attorney for Anuar Castaneda
7

Stip. & Order Continuing J&S					2

Case 2:22-cr-00250-DC   Document 63   Filed 11/25/25   Page 3 of 3

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 21, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for December 19, 2025, is VACATED and RESET for February 6, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than January 8, 2026; the final Report shall be submitted no later than January 15, 2026; Formal Objections or any Motion for Correction shall be submitted no later than January 22, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than January 29, 2026.

IT IS SO ORDERED.

Dated: **November 25, 2025**

Dena Coggins
United States District Judge

Stip. & Order Continuing J&S    3